State v. Story

*Attorney General Robert Morgan by Deputy Attorney General Andrew A. Vanore, Jr., for the State.*

*Public Defender for the Twelfth Judicial District Sol G. Cherry for defendant appellant.*

---

STATE OF NORTH CAROLINA v. BRICE TILLMAN STORY

No. 7219SC88

(Filed 29 March 1972)

APPEAL by defendant from *Gambill, Judge,* April 1971 Session of Superior Court held in CABARRUS County.

Defendant was tried on a bill of indictment which charged incest with his fifteen-year-old daughter. From a verdict of guilty and judgment imposing a prison sentence within the limits provided by law, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney George W. Boylan for the State.*

*Webster S. Medlin for defendant appellant.*

VAUGHN, Judge.

Defendant's court-appointed counsel brings forward no assignments of error but does ask that the Court review the sufficiency of the evidence and the charge of the court. This we have done and find no prejudicial error.

No error.

Judges BROCK and BRITT concur.